DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VENTURA BELTRAN-CABADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VENTURA BELTRAN-CABADA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 1:09-cr-00404 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date:  May 3, 2010 <br> Time:  9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, Ventura Beltran-Cabada , that the date for status conference in this matter may be continued to May 3, 2010, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is April 19, 2010.  The requested new date is May 3, 2010.**

The pre-plea PSR prepared in this matter lists a prior conviction which the defense believes is not attributable to Mr. Beltran-Cabada.  This continuance is requested to provide additional time to investigate the details of the prior offense.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For this reason, the ends of

justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: April 15, 2010            By /s/ Susan Phan
                                        SUSAN PHAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: April 15, 2010            By /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Ventura Beltran-Cabada

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:   April 15, 2010**                    **/s/ Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference and Order Thereon         2